**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DEREK A. JONES,**<br><br>    **Plaintiff,**<br><br>        v.<br><br>**DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY,**<br><br>    **Defendant.** | Civil Action No. 12-1454 (JEB) |

## MEMORANDUM OPINION

Plaintiff Derek Jones filed this action in September 2012. After lengthy proceedings, including a trip to the Court of Appeals, Defendant filed the instant Motion for Summary Judgment on May 5, 2015. See ECF No. 57. Plaintiff moved for no fewer than four extensions of time to oppose. See ECF Nos. 58, 59, 60, 61. The Court granted all, even after warning him on the third extension that this would be the final one. See Minute Order of July 15, 2015. Plaintiff has still never filed any opposition.

As a result, the Court will treat Defendant's Motion as conceded under LCvR 7(b) and issue a contemporaneous Order granting judgment in its favor.

                                        /s/ James E. Boasberg
                                        JAMES E. BOASBERG
                                        United States District Judge

Date: August 31, 2015